
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TERRENCE A. WILLIAMS,

    Petitioner,

vs.                                   CASE NO. 4:12-cv-131-SPM/CAS

FLORIDA SUPREME COURT, et al.,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 3).  The parties were afforded an opportunity to file objections, but none were filed.  Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is ORDERED and ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 3) is **adopted** and incorporated by reference into this order.

2.     Leave to proceed *in forma pauperis* is **granted** for purposes of transfer only.

3. This case shall be transferred to the United States District Court for the Southern District of Florida for all further proceedings.

DONE AND ORDERED this 30th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge